

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00229-CV

CLC ROOFING, INC.                                                    APPELLANT

V.

E.G. HELZER, RANDY RABECK,                                          APPELLEES
MARK THOMPSON, AND
MICHELLE COLLINS

------------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 342-268794-13

------------

## MEMORANDUM OPINION[1]

------------

We have considered "Appellant's Motion to Dismiss Appeal as to Appellees Randy Rabeck and Michelle Collins." It is the court's opinion that the motion should be granted; therefore, we dismiss the portion of the appeal as to appellees Randy Rabeck and Michelle Collins only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This appeal shall hereafter be styled "CLC Roofing, Inc. v. E.G. Helzer and Mark Thompson."

PER CURIAM

PANEL: SUDDERTH, C.J.; WALKER and MEIER, JJ.

DELIVERED: July 19, 2018

---

[1]*See* Tex. R. App. P. 47.4.